Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–21582–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Steven Mokienko
99 Glasgow Rd
Williamstown, NJ 08094

Social Security No.:
xxx–xx–4102

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:        August 4, 2020
Time:        11:00 AM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*41* – Certification in Opposition to (related document:40 Creditor's Certification of Default (related document:32 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC servicing agent for Lehman XS Trust Mortgage Pass–Through Certificates, Series 2005–7N, U.S. Bank National Association, as Trustee. Objection deadline is 07/13/2020. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post–Petition Arrears & Resolving Motion for Relief from Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC servicing agent for Lehman XS Trust Mortgage Pass–Through Certificates, Series 2005–7N, U.S. Bank National Association, as Trustee) filed by Seymour Wasserstrum on behalf of Steven Mokienko. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: July 14, 2020
JAN: jpl

Jeanne Naughton
Clerk