Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  17−21582−JNP
                Chapter:  13
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Steven Mokienko
    99 Glasgow Rd
    Williamstown, NJ 08094

Social Security No.:
    xxx−xx−4102

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                August 4, 2020
Time:               11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*41* − Certification in Opposition to (related document:40 Creditor's Certification of Default (related document:32 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing, LLC servicing agent for Lehman XS Trust Mortgage Pass−Through Certificates, Series 2005−7N, U.S. Bank National Association, as Trustee. Objection deadline is 07/13/2020. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Motion for Relief from Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing, LLC servicing agent for Lehman XS Trust Mortgage Pass−Through Certificates, Series 2005−7N, U.S. Bank National Association, as Trustee) filed by Seymour Wasserstrum on behalf of Steven Mokienko. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: July 14, 2020
JAN: jpl

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-21582-JNP
Steven Mokienko                                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1              Date Rcvd: Jul 14, 2020
                            Form ID: 173             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2020.
db          +Steven Mokienko,   99 Glasgow Rd,   Williamstown, NJ 08094-2944

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2020 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Lehman XS Trust Mortgage Pass-Through Certificates,
       Series 2005-7N, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Gavin  Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC servicing agent for
       Lehman XS Trust Mortgage Pass-Through Certificates, Series 2005-7N, U.S. Bank National
       Association, as Trustee bk@stewartlegalgroup.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
       summarymail@standingtrustee.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
      Rebecca Ann Solarz    on behalf of Creditor    Lehman XS Trust Mortgage Pass-Through Certificates,
       Series 2005-7N, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com
      Seymour  Wasserstrum    on behalf of Debtor Steven  Mokienko mylawyer7@aol.com,
       ecf@seymourlaw.net;r47769@notify.bestcase.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                      TOTAL: 7